BENTONVILLE TAYLOR *v.* W. B. WEBB, ADMINISTRATOR.

ADMINISTRATOR. *Individually liable for costs. How relieved of such liability.*
An administrator or an executor may be taxed with the costs of a case to which he is a party, to be levied *de bonis propriis*. But, by resorting to the remedy provided in sect. 1190 of the Code of 1871, he may be relieved of such liability in certain cases.

MOTION to quash the execution for costs issued herein against the appellee, so far as the same is to be levied *de bonis propriis*, and to correct the judgment, if necessary, in awarding execution *de bonis propriis*.

*Frank Johnston*, for the motion, cited sects. 1183 and 1190 of the Code of 1871.

SIMRALL, C. J., delivered the opinion of the court.

An executor or administrator, as a suitor, assumes individually the risk of costs. It is entirely proper, therefore, to adjudge costs to be levied *de bonis propriis*.

The sections of the statute to which we have been referred seem to assume that to be the rule.

Sect. 1183 has no special reference to the subject. Sect. 1190 provides a method by which the executor or administrator may exonerate himself from the liability.

If the court awards the certificate therein suggested, he may be discharged from individual liability, although the estate " may be insufficient to pay its debts."

That state of case is not presented with this motion, and a quashal of the execution must be denied.

The other branch of the motion is, to set aside the sale. There is nothing to guide our judgment except the return of the sheriff. That is regular.

If a serious contestation of the sale were intended to have been made, the concomitants explanatory of its character ought to have been shown.